**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ANTOINE SPANN, | : No. 92 EM 2022 |
| Petitioner | : |
| v. | : |
| MICHAEL D. OVERMYER, ET. AL, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2022, the Application for Leave to File Original Process is GRANTED, and the "Application for Extraordinary Relief" and the "Motion for Leave to File Default Judgment" are DENIED.